# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# KANSAS CITY

| | |
|---|---|
| **HUNTER MCCANN,** <br>                              **Plaintiff,** <br> **vs.** <br> **EQUIFAX INFORMATION SERVICES LLC, et al.,** <br>                              **Defendants.** | **Case No. 17-CV-02715 JWL/KGG** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants Ability Recovery Services, LLC and Equifax Information Services LLC file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Hunter McCann; Defendants are Ability Recovery Services, LLC and Equifax Information Services LLC.

2. This case was removed to federal court on December 15, 2017 (Doc. 1).

3. Plaintiff now moves to dismiss the lawsuit against Defendants.

4. Defendants agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

10. Each party is to bear its own fees and costs.

                Respectfully submitted,

                By:  /s/ A.J. Stecklein
                A.J. Stecklein #16330
                Michael H. Rapp #25702
                Matthew S. Robertson #27254
                Stecklein & Rapp Chartered
                748 Ann Avenue
                Kansas City, Kansas 66101
                Telephone:  913-371-0727
                Facsimile:  913-371-0727
                Email: AJ@KCconsumerlawyer.com
                        MR@KCconsumerlawyer.com
                        MSR@KCconsumerlawyer.com
                Attorney for Plaintiffs

                By:  /s/ G. Gabriel Zorogastua
                G. Gabriel Zorogastua #23556
                Polsinelli PC
                900 West 48th Place, Suite 900
                Kansas City, Missouri 64112
                Telephone: 816-753-1000
                Facsimile:  816-753-1536
                Email: GZorogastua@polsinelli.com
                Attorney for Defendant
                Equifax Information Services, LLC

                By:  /s/ Maureen Lynott
                Maureen Lynott, compliance officer
                Ability Recovery Services, LLC
                P.O. Box 4262
                Scranton, Pennsylvania 18505
                Telephone: 855-207-1892, ext. 235
                Facsimile:  570-207-2682
                Email: MLynott@ars-llc.biz
                Compliance officer for Defendant
                Ability Recovery Services, LLC

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing was filed on July 16, 2018, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

                                       /s/ A.J. Stecklein
                                       A.J. Stecklein #16330